UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN CECIL SLATER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Docket No. 07-CV-159-P-S |
| | ) | Criminal Docket No. 01-CR-28-B-S |
| TRACY JOHNS, Warden | ) | |
| U.S. PENITENTIARY COLEMAN | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER CORRECTING SENTENCE

Before the Court is Plaintiff's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Docket # 1). In response, the United States has indicated that the motion is timely and that it has no objection to this Court correcting the sentence previously imposed to indicate that Mr. Slater's federal sentence was to run concurrent with the state sentences that were imposed on November 5, 2001.

Having reviewed the Plaintiff's submissions and in light of the Government's consent, the Court hereby GRANTS Plaintiff's Motion (Docket # 1). Pursuant to Federal Rule of Criminal Procedure 36, the Court hereby ORDERS that the Judgment in Criminal Docket Number 01-CR-28-B-S be AMENDED to note that the sentence imposed shall run concurrently to any sentence imposed by the Maine state courts in Somerset County Docket No. CR-95-82 and Penobscot County Docket No. CR-00-710.[1] In conjunction with this Order, the Court will file an appropriately Amended Judgment in Criminal Docket Number 01-CR-28-B-S.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 17th day of December, 2007.

---

[1] The Court notes that it would alternatively order the same relief pursuant to 28 U.S.C. § 2255.